# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action Number: **1:13-cv-1987 RPM-BNB**
Date Filed: **7/25/2013**

Plaintiff:
**KIMBERLY RADCLIFFE**
vs
Defendant:
**JDS RECOVERY, L.L.C.**

STATE OF NEW YORK
COUNTY OF MONROE SS.:

**ANGENETTE BACON-RAFFERTY**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of New York.

On 8/16/2013 at 10:11 AM, deponent served the within **SUMMONS IN A CIVIL ACTION; COMPLAINT; INSTRUCTIONS REGARDING NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION PURSUANT TO 28 U.S.C. § 636 (c), FED. R. CIV. P. 73, and D.C.COLO.LCivR 72.2**
on **JDS RECOVERY, L.L.C.** at **3811 HARLEM ROAD, SUITE 2, CHEEKTOWAGA, NY 14215** in the manner indicated below:

By delivering a true copy of each to and leaving with **JEAN MARIE RODRIGUEZ, RECEPTIONIST** who stated he/she is authorized to accept service on behalf of the corporation/government entity.

**Description:**
Gender: **FEMALE**   Race/Skin: **CAUCASIAN**   Age: **18 - 35 Yrs.**   Weight: **131-160 Lbs.**   Height: **5' 4" - 5' 8"**   Hair: **BROWN**   Other:

Served at following GPS coordinates, Lat: 42.93954 Long: -78.76747

Subscribed and Sworn to before me on 8/20/2013.

Erin Burruto
Notary Public, State of New York
No. 01BU6271330
Qualified in Monroe County
Commission Expires 10/29/2016

X **ANGENETTE BACON-RAFFERTY**

Job #: 19422

RECEIVED
AUG 2 0 2013
BY: nr

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:13-cv-1987

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* JDS Recovery LLC
was received by me on *(date)* 8-9-13.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Jean Marie Rodriguez, who is designated by law to accept service of process on behalf of *(name of organization)* JDS Recovery LLC on *(date)* 8/16/13; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 8/20/13

*Server's signature*

Angenette Bacon Rafferty
*Printed name and title*

45 Exchange Blvd, Rochny 14614
*Server's address*

Additional information regarding attempted service, etc: